1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  FENWICK & WEST LLP
   Silicon Valley Center
3  801 California Street
   Mountain View, CA  94041
4  Telephone:   (650) 988-8500
   Facsimile:   (650) 938-5200
5
   JENNIFER L. KELLY (CSB NO. 193416)
6  jkelly@fenwick.com
   RACHAEL G. SAMBERG (CSB NO. 223694)
7  rsamberg@fenwick.com
   BRIAN W. CARVER (CSB NO. 244878)
8  bcarver@fenwick.com
   FENWICK & WEST LLP
9  555 California Street, 12th Floor
   San Francisco, CA  94104
10 Telephone:   (415) 875-2300
   Facsimile:   (415) 281-1350
11
   Attorneys for Defendant Intuit Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTER-MARK USA, INC., individually and on behalf of all persons similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>INTUIT INC.,<br><br>  Defendant. | Case No.  C 07-04178 JCS<br><br>**DECLARATION OF ANGUS THOMSON IN SUPPORT OF DEFENDANT INTUIT INC.'S MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE**<br><br>Date:     November 9, 2007<br>Time:    9:30 A.M.<br>Dept:    Courtroom A , 15th Floor<br>Judge:   Hon. Joseph C. Spero |

I, Angus Thomson, declare as follows:

1. I am the Vice President & General Manager, Mid-Market Group at Defendant, Intuit Inc. ("Intuit"). I have worked for Intuit since January 2006. I make the following statements based upon my personal knowledge and, if called upon to testify, would testify competently to the matters contained herein.

2. In my capacity as the Vice President & General Manager, Mid-Market Group at Intuit, I am familiar with Intuit's license agreements that consumers who purchase Intuit's software products accept and agree to before installing the software they purchased. These agreements are commonly referred to as "End User License Agreements." Intuit has different End User License Agreements for different versions of its software.

3. I am informed that Plaintiff Inter-Mark USA, Inc. ("Inter-Mark") alleges in this lawsuit that it purchased QuickBooks® Enterprise Solutions Manufacturing & Wholesale Edition 6.0 software ("Software") on November 5, 2005. (Complaint ¶ 26).

4. Attached as Exhibit A is a true and correct copy of the QuickBooks® Enterprise Solutions Software License Agreement ("Agreement") that consumers agree to as part of the installation process for the version of the Software that Inter-Mark claims to have purchased.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed this 26th day of September 2007 in Orem, Utah.

/s/ Angus Thomson
Angus Thomson

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: September 27, 2007

FENWICK & WEST LLP

By: /s/ Rodger R. Cole
Rodger R. Cole

Attorneys for Defendant Intuit Inc.

16319/40029/LIT/1273509.2