RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

JENNIFER L. KELLY (CSB NO. 193416)
jkelly@fenwick.com
RACHAEL G. SAMBERG (CSB NO. 223694)
rsamberg@fenwick.com
BRIAN W. CARVER (CSB NO. 244878)
bcarver@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant Intuit Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTER-MARK USA, INC., individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTUIT INC.,<br><br>Defendant. | Case No. C 07-04178 JCS<br><br>**[PROPOSED] ORDER GRANTING INTUIT'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT PURSUANT TO RULE 12(b)(6)**<br><br>Dept: Courtroom A, 15th Floor<br>Judge: Hon. Joseph C. Spero |

Defendant Intuit Inc.'s ("Intuit") Motion to Dismiss Plaintiff Inter-Mark, Inc.'s ("Inter-Mark") Class Action Complaint came on regularly for hearing before this Court on November 9, 2007, at 9:30 A.M., in Courtroom A, 15th Floor. Both Intuit and Inter-Mark were represented by counsel. After full consideration of the briefs in support and in opposition thereto, all other papers submitted in connection therewith, all other matters on file in this action and presented to the Court, and having heard the arguments of counsel,

IT IS HEREBY ORDERED that Intuit's Motion is **GRANTED**, and all claims in Inter-Mark's Class Action Complaint are **DISMISSED**.

IT IS SO ORDERED.

Dated: _____, 2007

Hon. Joseph C. Spero
United States Magistrate Judge

16319/40029/LIT/1273636.2

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW