1    RODGER R. COLE (CSB NO. 178865)
     rcole@fenwick.com
2    FENWICK & WEST LLP
     Silicon Valley Center
3    801 California Street
     Mountain View, CA  94041
4    Telephone:    (650) 988-8500
     Facsimile:    (650) 938-5200
5
     JENNIFER L. KELLY (CSB NO. 193416)
6    jkelly@fenwick.com
     RACHAEL G. SAMBERG (CSB NO. 223694)
7    rsamberg@fenwick.com
     BRIAN W. CARVER (CSB NO. 244878)
8    bcarver@fenwick.com
     FENWICK & WEST LLP
9    555 California Street, 12th Floor
     San Francisco, CA  94104
10   Telephone:    (415) 875-2300
     Facsimile:    (415) 281-1350
11
     Attorneys for Defendant Intuit Inc.
12

13                     UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16

| | |
|---|---|
| 17  INTER-MARK USA, INC., individually<br>and on behalf of all persons similarly<br>18  situated,<br><br>19                    Plaintiff,<br><br>20  v.<br><br>21  INTUIT INC.,<br><br>22                    Defendant. | Case No.  C 07-04178 JCS<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING BRIEFING<br>SCHEDULE ON DEFENDANT INTUIT<br>INC.'S MOTION TO DISMISS<br>PLAINTIFF'S CLASS ACTION<br>COMPLAINT PURSUANT TO RULE<br>12(b)(6)**<br><br>Date:      February 8, 2008<br>Time:      9:30 a.m.<br>Dept:      Courtroom A , 15th Floor<br>Judge:     Hon. Joseph C. Spero |

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION CONTINUING BRIEFING SCHEDULE
ON INTUIT'S MOTION TO DISMISS                          CASE NO.  C 07-04178 JCS

1    WHEREAS, on September 27, 2007, Defendant Intuit Inc. filed a Motion to Dismiss

2    Plaintiff's Class Action Complaint Pursuant to Rule 12(b)(6) ("Motion to Dismiss") in the above-

3    entitled action, which Defendant set to be heard on November 9, 2007;

4    WHEREAS, on October 11, 2007, this Court reset the hearing on the Motion to Dismiss

5    to February 8, 2008 at 9:30 a.m., but the briefing schedule was not reset;

6    ACCORDINGLY, Plaintiff Inter-Mark USA, Inc. and Defendant, by and through their

7    counsel of record, all subject to the approval of this Court, hereby stipulate as follows:

8    The parties have met and conferred in good faith and agreed to extend the briefing

9    schedule of Defendant's Motion to Dismiss as follows:

10   • Plaintiff's Opposition shall be due by or on **November 2, 2007**; and

11   • Defendant's Reply shall be due by or on **November 16, 2007.**

12

13   Dated: October 15, 2007                     Fenwick & West LLP

14

15   By:_____/s/ Rachael G. Samberg_____
                                                 Rachael G. Samberg

16   Attorneys for Defendant
17   Intuit Inc.

18   Dated: October 15, 2007                     Folkenflik & McGerity

19

20   By:_____/s/ Max Folkenflik_____
                                                 Max Folkenflik
21

22   Attorneys for Plaintiff
     Inter-Mark USA, Inc.

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION CONTINUING BRIEFING SCHEDULE        1                CASE NO. C 07-04178 JCS
ON INTUIT'S MOTION TO DISMISS

1

## ORDER

2

3          GOOD CAUSE appearing therefore,

4          **IT IS SO ORDERED.**

5    Dated: _____10/16_____, 2007

6    Hon.
     Unite_____Court

7    Northern District of California

     Judge Joseph C. Spero

8    16319/40029/LIT/1274756.2

9    C:\Documents and Settings\rsamberg\Local Settings\Temporary Internet Files\OLK5A\LIT-#1274756-v2-
     INTUIT__Stipulation_Extending_Briefing_Sched_on_MTD.DOC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION CONTINUING BRIEFING SCHEDULE
ON INTUIT'S MOTION TO DISMISS                2                    CASE NO. C-07 4178 JCS