RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

JENNIFER L. KELLY (CSB NO. 193416)
jkelly@fenwick.com
RACHAEL G. SAMBERG (CSB NO. 223694)
rsamberg@fenwick.com
BRIAN W. CARVER (CSB NO. 244878)
bcarver@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant Intuit Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTER-MARK USA, INC., individually and on behalf of all persons similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>INTUIT INC.,<br><br>                Defendant. | Case No. C 07-04178 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE ON DEFENDANT INTUIT INC.'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT PURSUANT TO RULE 12(b)(6)**<br><br>Date: February 8, 2008<br>Time: 9:30 a.m.<br>Dept: Courtroom A, 15th Floor<br>Judge: Hon. Joseph C. Spero |

1   WHEREAS, on September 27, 2007, Defendant Intuit Inc. ("Intuit") filed a Motion to
2   Dismiss Plaintiff's Class Action Complaint Pursuant to Rule 12(b)(6) ("Motion to Dismiss") in
3   the above-entitled action, which Defendant set to be heard on November 9, 2007;
4   WHEREAS, on October 11, 2007, this Court reset the hearing on the Motion to Dismiss
5   to February 8, 2008 at 9:30 a.m., but the briefing schedule was not reset;
6   WHEREAS, on October 17, 2007, pursuant to the Parties' stipulation, the Court entered an
7   Order extending the deadline for Plaintiff to oppose the Motion to Dismiss to November 2, 2007,
8   and the deadline for Intuit to reply to November 16, 2007;
9   WHEREAS, Plaintiff requested that Intuit extend Plaintiff's deadline to oppose the
10  Motion to Dismiss until November 15, 2007, and proposed that Intuit's deadline to reply also be
11  extended;
12  WHEREAS, counsel for Intuit have multiple scheduling conflicts including trial, trial
13  preparation, and holiday travel during November and December 2007;
14  ACCORDINGLY, Plaintiff Inter-Mark USA, Inc. and Defendant, by and through their
15  counsel of record, all subject to the approval of this Court, hereby stipulate as follows:
16  The parties have met and conferred in good faith and agreed to extend the briefing
17  schedule of Defendant's Motion to Dismiss as follows:
18  • Plaintiff's Opposition shall be due by or on **November 15, 2007**; and
19  • Defendant's Reply shall be due by or on **January 15, 2008.**

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION CONTINUING BRIEFING SCHEDULE
ON INTUIT'S MOTION TO DISMISS                1                CASE NO. C 07-04178 JCS

| | | |
|---|---|---|
| 1 | Dated: November 2, 2007 | Fenwick & West LLP |
| 2 | | |
| 3 | | By: /s/ Rachael G. Samberg |
| 4 | | Rachael G. Samberg |
| 5 | | Attorneys for Defendant<br>Intuit Inc. |
| 6 | | |
| 7 | Dated: November 2, 2007 | Folkenflik & McGerity |
| 8 | | |
| 9 | | By: /s/ Max Folkenflik |
| | | Max Folkenflik |
| 10 | | Attorneys for Plaintiff<br>Inter-Mark USA, Inc. |

Fenwick & West LLP
Attorneys At Law
Mountain View

STIPULATION CONTINUING BRIEFING SCHEDULE
ON INTUIT'S MOTION TO DISMISS             2                    CASE NO. C-07 4178 JCS

**ORDER**

GOOD CAUSE appearing therefore,

**IT IS SO ORDERED.**

Dated: ___November 2___, 2007



Judge Joseph C. Spero
United States District Court
Northern District of California