RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:    (650) 988-8500
Facsimile:    (650) 938-5200

JENNIFER L. KELLY (CSB NO. 193416)
jkelly@fenwick.com
RACHAEL G. SAMBERG (CSB NO. 223694)
rsamberg@fenwick.com
BRIAN W. CARVER (CSB NO. 244878)
bcarver@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350

Attorneys for Defendant Intuit Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTER-MARK USA, INC., individually and on behalf of all persons similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>INTUIT INC.,<br><br>                    Defendant. | Case No.  C 07-04178 JCS<br><br>**PARTIES' STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:  The parties agree to participate in mediation but have not yet agreed on private versus Court-appointed processes.

| | |
|---|---|
| Dated: November 14, 2007 | FENWICK & WEST LLP |
| | By: /s/ Rachael G. Samberg |
| | Rachael G. Samberg |
| | Attorneys for Defendant INTUIT INC. |
| Dated: November 14, 2007 | Max Folkenflik, Esq. |
| | Margaret McGerity, Esq. |
| | FOLKENFLIK & MCGERITY |
| | By: /s/ Max Folkenflik |
| | Max Folkenflik |
| | Attorneys for Plaintiff INTER-MARK USA, INC. |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rachael G. Samberg, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/S/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of November, 2007 at San Francisco, California.

| | |
|---|---|
| Dated: November 14, 2007 | FENWICK & WEST LLP |
| | By: /s/ Rachael G. Samberg |
| | Rachael G. Samberg |
| | Attorneys for Defendant INTUIT INC. |

1   **[P~~ROPOSED~~ ORDER]**

2   Pursuant to the Stipulation above, the captioned matter is hereby referred to:

3   Mediation.  The parties shall decide by 11/30/7 on type of ADR process and advise the Court at the case management conference on 11/30/7.

4   The deadline for ADR session is   Ninety days (90) from the date of this Order.

6   IT IS SO ORDERED.

7   Dated:  11/15/07



8   C. Spero

9   16319/40029/LIT/1276080.2

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW