1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  FENWICK & WEST LLP
   Silicon Valley Center
3  801 California Street
   Mountain View, CA 94041
4  Telephone:  (650) 988-8500
   Facsimile:  (650) 938-5200
5
   JENNIFER L. KELLY (CSB NO. 193416)
6  jkelly@fenwick.com
   RACHAEL G. SAMBERG (CSB NO. 223694)
7  rsamberg@fenwick.com
   BRIAN W. CARVER (CSB NO. 244878)
8  bcarver@fenwick.com
   FENWICK & WEST LLP
9  555 California Street, 12th Floor
   San Francisco, CA 94104
10 Telephone:  (415) 875-2300
   Facsimile:  (415) 281-1350
11
   Attorneys for Defendant
12 INTUIT INC.

13 [Additional Counsel Located on Signature Page]

14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17              SAN FRANCISCO DIVISION

18

| | |
|---|---|
| INTER-MARK USA, INC., individually and on behalf of all persons similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>INTUIT INC.,<br><br>           Defendant. | Case No. C 07-04178 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:  February 8, 2008<br>Time:  9:30 a.m.<br>Dept:  Courtroom A, 15th Floor<br>Judge: Hon. Joseph C. Spero |

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE                    CASE NO. C 07-04178 JCS

1  WHEREAS, an initial Case Management Conference has been set for November 30, 2007
2  in the above-entitled action;

3  WHEREAS, on September 27, 2007, Defendant Intuit Inc. ("Intuit") filed a Motion to
4  Dismiss Plaintiff's Class Action Complaint Pursuant to Rule 12(b)(6) ("Motion to Dismiss"),
5  which Defendant set to be heard on November 9, 2007;

6  WHEREAS, on October 11, 2007, this Court reset the hearing on the Motion to Dismiss
7  to February 8, 2008 at 9:30 a.m., but the Case Management Conference was not reset;

8  WHEREAS, Plaintiff and Defendant have conferred in good faith and believe that the
9  Case Management Conference will be more valuable once Intuit's Motion to Dismiss is heard;

10  ACCORDINGLY, Plaintiff Inter-Mark USA, Inc. and Defendant Intuit Inc., by and
11  through their counsel of record, all subject to the approval of this Court, hereby stipulate as
12  follows:

13  The parties have met and conferred in good faith and agreed to extend the initial Case
14  Management Conference to **February 8, 2008** at ~~1:30 p.m.~~ 9:30 AM following the hearing on Intuit's
15  Motion to Dismiss that same day, or as soon thereafter as the Court may hold one. The parties
16  shall exchange Initial Disclosures on November 26, 2007 as presently scheduled.

Dated: November 19, 2007                           Fenwick & West LLP

                                                   By:      /s/ Brian Carver
                                                                Brian Carver

                                                   Attorneys for Defendant
                                                   Intuit Inc.

Dated: November 19, 2007                           Folkenflik & McGerity

                                                   By:      /s/ Max Folkenflik
                                                                Max Folkenflik

                                                   Attorneys for Plaintiff
                                                   Inter-Mark USA, Inc.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**ORDER**

GOOD CAUSE appearing therefore,

**IT IS SO ORDERED.**

Dated: November 20, 2007



IT IS SO ORDERED AS MODIFIED

Judge Joseph C. Spero