MAX FOLKENFLIK, ESQ.
MARGARET McGERITY, ESQ.
**FOLKENFLIK & McGERITY**
1500 Broadway, 21st Floor
New York, NY 10036
Telephone:  (212) 757-0400
Facsimile:  (212) 757-2010

H. TIM HOFFMAN, ESQ.
ARTHUR W. LAZEAR, ESQ.
**HOFFMAN & LAZEAR**
180 Grand Avenue Suite #1550
Oakland, CA 94612
Telephone:  (510) 763-5700
Facsimile:  (510) 835-1311

JOSEPH A. RUTA, ESQ.
STEVEN SOULIOS, ESQ.
**RUTA & SOULIOS LLP**
1500 Broadway, 21st Floor
New York, NY 10036
Telephone:  (212) 997-4500
Facsimile:  (212) 768-0649

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **INTER-MARK USA, INC.**, individually and on behalf of all persons similarly situated,<br><br>                              Plaintiff,<br><br>- against -<br><br>**INTUIT, INC.**,<br><br>                              Defendant. | **Index No. C 07-04178 JCS**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUANCE OF DATE FOR FILING OF AMENDED COMPLAINT AND CASE MANAGEMENT CONFERENCE** |

WHEREAS the Court issued a Case Management and Pretrial Order in the above-captioned matter on February 12, 2008; and

WHEREAS that Order established February 29, 2008 as the date by which Plaintiff must file its first amended complaint; and

WHEREAS that Order also set a further Case Management Conference for April 18, 2008; and

WHEREAS the parties have discussed mediation as a means of resolving this dispute and have agreed upon April 28, 2008 as the date for that mediation; and

WHEREAS the parties believe that further case management will be more informed and productive following the mediation; and

WHEREAS Plaintiff requires additional time to investigate the allegations to be included in the first amended complaint,

IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel that:

1. The further case management conference shall be continued from April 18, 2008 until May 16, 2008 or the next available date convenient for the Court; and

2. The date by which Plaintiff must file its first amended complaint shall be extended from February 29, 2008 until March 10, 2008.

Stipulation and [Proposed] Order Continuing Date for Filing Amended Complaint and Case Mgmt. Conf. Case No. C07-04178JCS

1

|   |   |
|---|---|
|   | **HOFFMAN & LAZEAR** |
| Dated: February 29, 2008 | By: /s/ H.Tim Hoffman |
|   | H. Tim Hoffman, Esq. |
|   | Arthur W. Lazear, Esq. |
|   | 180 Grand Avenue, Suite #1550 |
|   | Oakland, CA  94612 |
|   |   |
|   | **FOLKENFLIK & MCGERITY** |
|   | Max Folkenflik, Esq. |
|   | Margaret McGerity, Esq. |
|   | 1500 Broadway, 21st Floor |
|   | New York, NY  10036 |
|   |   |
| Dated: February 29, 2008 | **FENWICK & WEST LLP** |
|   |   |
|   | By: **/s/ Rodger R. Cole** |
|   | Rodger R. Cole, Esq. |
|   | 801 California Street |
|   | Mountain View, CA 94104 |

**ORDER**

IT IS SO ORDERED.

Dated:__March 3_____, 2008   _____
THE
JOSEPH C. SPERO
United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

Stipulation and [Proposed] Order Continuing Date for Filing Amended Complaint and Case Mgmt. Conf. Case No. C07-04178JCS

2