# FOLKENFLIK & McGERITY

ATTORNEYS AT LAW

1500 BROADWAY
NEW YORK, NEW YORK 10036

TELEPHONE: 212-757-0400
FAX: 212-757-2010

WRITER'S E-MAIL: MAX@FMLAW.NET

May 15, 2008

**By ECF**

Karen Hom, Courtroom Deputy
Chambers of The Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court
Northern District of California
Courtroom A, 15th Floor
San Francisco, CA

Re: **INTER-MARK USA, INC., v. INTUIT, INC.; Index No C07-4178**

Dear Ms. Hom:

My firm represents the Plaintiff Inter-Mark, USA, Inc. in the above-captioned action. As we discussed today, I respectfully request that the Court allow me to attend the CMC Conference tomorrow at 1:30 p.m. by telephone. Rodger Cole, representing Intuit, Inc., agrees with the telephone attendance.

I understand I must be available to be reached starting at 1:30 p.m. California time. The number you can reach me at is 212-757-0400. The receptionist should be able to connect you. My extension is 203.

I understand that in the future I should make these arrangements a week in advance of the conference. Thank you for the courtesy of allowing me to appear by telephone.

Sincerely,

Max Folkenflik

MF/br

cc: Rodger Cole, Esq.
    H. Tim Hoffman, Esq.
    Arthur Lazear, Esq.

IT IS SO ORDERED
Judge Joseph C. Spero

Dated: May 16, 2008