CHAMBER'S COPY

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  SONGMEE L. CONNOLLY (CSB No. 228555)
   sconnolly@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA 94041
5  Telephone:   (650) 988-8500
   Facsimile:   (650) 938-5200
6
7  RACHAEL G. SAMBERG (CSB NO. 223694)
   rsamberg@fenwick.com
   FENWICK & WEST LLP
8  555 California Street, 12th Floor
   San Francisco, CA 94104
9  Telephone:   (415) 875-2300
   Facsimile:   (415) 281-1350
10
11 Attorneys for Defendant INTUIT INC.

FILED

JUN 0 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTER-MARK USA, INC., individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTUIT INC.,<br><br>Defendant. | Case No. C 07-04178 JCS<br><br>**INTUIT INC.'S PROPOSED CASE MANAGEMENT DEADLINES AND [PROPOSED] ORDER THEREON**<br><br>Date:  N/A<br>Time:  N/A<br>Dept.:  Courtroom A, 15th Floor<br>Judge:  The Honorable Joseph C. Spero |

INTUIT'S PROPOSED CASE MANAGEMENT
DEADLINES AND [PROPOSED] ORDER

CASE NO. C 07-04178 JCS

Defendant Intuit Inc. ("Defendant" or "Intuit") hereby submits the following proposed case management schedule. Although the Court's May 19, 2008 Further Case Management and Pretrial Order (Jury) ordered the parties to meet and confer and submit these proposed dates jointly, as of the time of this filing, Intuit has been unable to get a response from Plaintiff's counsel to the proposed schedule herein. Accordingly, Intuit submits the following proposed discovery deadlines, date for filing of the second Motion to Dismiss, and Motion for Class Certification. Those dates already ordered by the Court in its May 19, 2008 Order are incorporated in *italics* below as reference.

| **Proposed Deadline** | **Calendar Item** |
|---|---|
| June 6, 2008 | Last day to file motion to dismiss |
| June 27, 2008 | Last day to file opposition to motion to dismiss |
| July 11, 2008 | Last day to file reply in support of motion to dismiss |
| ~~July 25~~ 8/29, 2008, 9:30 a.m. | Hearing on motion to dismiss (if necessary) |
| ~~July 25~~ 8/29, 2008, 1:30 p.m. | *Further Case Management Conference* |
| *July 25, 2008* | *Day until which formal discovery stayed* |
| October 31, 2008 | Last day to file class certification motion, to be heard on a 35 day track |
| February 2, 2009 | Last day to designate experts |
| February 16, 2009 | Last day to complete non-expert discovery |
| February 23, 2009 | Last day for opening expert reports |
| March 16, 2009 | Last day for opposition expert reports |
| March 30, 2009 | Last day to complete expert discovery |
| *April 3, 2009* | *Last day to serve and file dispositive motions* |
| *May 8, 2009, 9:30 a.m.* | *Last scheduled hearing date for any dispositive motions* |
| *August 7, 2009, 1:30 p.m.* | *Final Pretrial Conference* |

| September 8, 2009, 8:30 a.m. | Commencement of jury trial |
|---|---|

Although only Intuit submits these proposed dates at this time, it shall continue to try and meet and confer with Plaintiff's counsel next week in order to file a joint stipulation to the Court as soon as possible.

Dated: May 23, 2008

FENWICK & WEST LLP

By: /s/ RODGER R. COLE
Rodger R. Cole

Attorneys for Defendant INTUIT INC.

**IT IS SO ORDERED.**

Dated: ~~May~~ 6/2/08 ~~2008~~

The Honorable Joseph C. Spero
United States District Court Judge

INTUIT'S PROPOSED CASE MANAGEMENT
DEADLINES AND [~~PROPOSED~~] ORDER             3             CASE NO. C-07 4178 JCS