RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
SONGMEE L. CONNOLLY (CSB No. 228555)
sconnolly@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

RACHAEL G. SAMBERG (CSB NO. 223694)
rsamberg@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant INTUIT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTER-MARK USA, INC., individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTUIT INC.,<br><br>Defendant. | Case No. C 07-04178 JCS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING COMPLAINT WITH PREJUDICE**<br><br>[FED. R. CIV. P. 41(a)(1)] |

Pursuant to the Parties' settlement agreement, Intuit Inc., on the one hand, and Inter-Mark USA, Inc., on the other, by and through their respective counsel, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1) that all claims in this action are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees except as otherwise provided for in the settlement agreement.

Dated: August 1, 2008        HOFFMAN & LAZEAR

By: /s/H. Tim Hoffman
H. Tim Hoffman
Attorneys for Plaintiff
INTER-MARK USA, INC.

Dated: August 1, 2008        FENWICK & WEST LLP

By: /s/Rodger R. Cole
Rodger R. Cole
Attorneys for Defendant
INTUIT INC.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, Section X.B., I hereby attest that I have obtained concurrence of the signatory, H. Tim Hoffman, indicated by a "conformed" signature (/s/H. Tim Hoffman) within this efiled document.

Dated: August 1, 2008        FENWICK & WEST LLP

By: /s/Rodger R. Cole
Rodger R. Cole
Attorneys for Defendant
INTUIT INC.

**[PROPOSED] ORDER DISMISSING COMPLAINT WITH PREJUDICE**

The parties having so stipulated, IT IS ORDERED that all claims in the action are hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____Aguust 4,_____, 2008

Hon.
United States Magistrate Judge

*Judge Joseph C. Spero*

16319/40029/SF/5231900.3

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE        1        CASE NO. C 07-04178 JCS